UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

IN RE THE FOLLOWING TERMINATED CASES:

90-20016-01 USA v Lyle Grove

90-20063-01 USA v Charles Schumacher

91-20006-01 USA v Jim O. Edgcomb

91-20021-01 USA v Kevin Dallas

91-20029-01 USA v Everett Decker, Jr.

91-20042-01 USA v Earl McKinney

92-20029-01 USA v Robin Lower

92-20060-01 USA v Steven E. Brown

92-20060-02 USA v Gary L. Knox

94-20012-01 USA v Samuel Lee Pringle

95-20006-01 USA v Gafur Sadiku

FILED
JAN 0 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

The clerk has in his possession expired United States passports for the defendants in each of the above terminated cases. The clerk is directed and authorized by this order to surrender those expired passports to the State Department of the United States.

Enter this 8th day of January 2007.

s\Harold A. Baker
_____
Harold A. Baker
United States District Judge