E-FILED
Tuesday, 24 April, 2007   02:16:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 92-20060 |
| GARY KNOX, | ) ) ) |
| Defendant. | ) ) |

**GOVERNMENT'S MOTION TO WITHDRAW RECORD**

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion to withdraw the record. The government states the following:

1. Defendant Gary Knox was charged in this case in 1992 with bank fraud. He pleaded guilty pursuant to a plea agreement and was sentenced in 1993.

2. Defendant Gary Knox was charged in an indictment in Case No. 05-20029 with one or more counts of bank fraud, mail fraud, and wire fraud, in violation of 18 U.S.C. §§ 1344, 1341, and 1343. Defendant Knox was also charged with conspiracy to commit money laundering.

3. On April 19, 2006, Defendant Knox pleaded guilty to the charges in the indictment.

4. On February 22, 2007, after previous continuances of the sentencing hearing and disclosure of the presentence reports, this Court scheduled the combined sentencing hearing for the defendants for May 18, 2007.

5. On March 27, 2007, the government received the second initial presentence report for Defendant Knox in Case No. 05-20029.

6. On April 18, 2007, Defendant Knox filed pro se motions to withdraw his guilty plea and to dismiss the indictment. In his motions, Defendant Knox also makes affirmative denials and assertions of fact concerning his role in and knowledge of the charged scheme, for which he has previously pleaded guilty to all counts in the indictment. This Court has directed the government to file its responses to Defendant Knox's motions on or before May 2, 2007.

7. To properly respond to defendant Knox's claims in Case No. 05-20029, the government believes that the record in this case may be relevant in determining the merits of defendant Knox's motions. Such record includes a transcript of defendant Knox's change of plea hearing in this case in 1993. Accordingly, the government respectfully requests that it be allowed to withdraw the record in this case. The record will be returned to the District Clerk's Office upon completion of the government's responses to defendant Knox's motions in Case No. 05-20029.

WHEREFORE, the United States of America respectfully requests that this Court grant the government's motion.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone:  217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of April 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I mailed it to counsel of record in Case No. 05-20029:

Robert Alvarado
Asst. Federal Public Defender
Suite 1500
401 Main St
Peoria, IL 61602

    s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    Assistant United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    tim.bass@usdoj.gov