

# United States District Court

JOHN M. WATERS  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830  
FAX: 217-373-5834

OFFICE OF THE CLERK  
218 U.S. COURTHOUSE  
201 S. VINE STREET  
URBANA, ILLINOIS 61802

April 24, 2007

**USA**

v.                                              CASE NO. **92-20060-02**

**GARY L. KNOX**

RECEIPT

    RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois the original record in the above-referenced case, consisting of two volumes of appeal documents and one manila file folder of pleadings.

Date:  4/24/07                                     s/S. Klayer for
                                                                                      Attorney for Plaintiff